■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE WRIGHT, Appellant.—Judgment, Supreme Court, Bronx County (David Levy, J.), rendered on February 19, 1982, unanimously affirmed. The matter is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Milonas, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFREN GEORGE, Also Known as GEORGE EFREN, Appellant.— Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on October 27, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Milonas, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD GIBBS, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on January 2, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Milonas, Rosenberger and Wallach, JJ.